2015-2168 (La. 5/2/16)

**STATE EX REL. Guy J. BOUDREAUX, Jr.**

v.

**STATE of Louisiana**

**NO. 2015-KH-2168**

Supreme Court of Louisiana.

May 2, 2016

Applying for Reconsideration of this Court's action dated March 14, 2016, Parish of St. Tammany, 22nd Judicial District Court, Division I, No. 451-303; to the Court of Appeal, First Circuit, No. 2015 KW 1091

Reconsideration denied.

2016-202 (La. 5/2/16)

**STATE EX REL. Damon PATTERSON**

v.

**STATE of Louisiana**

**NO. 2016-KH-202**

Supreme Court of Louisiana.

May 2, 2016

Applying for Reconsideration of this Court's action dated March 14, 2016, Parish of Orleans, Criminal District Court, Divisions G, B, Nos. 381-113, 509-482; to

the Court of Appeal, Fourth Circuit, Nos. 2015-K-1250, 2015-K-1251

Reconsideration denied.

2015-0699 (La. 5/2/16)

**STATE EX REL. Giles MCGHEE**

v.

**STATE of Louisiana**

**NO. 2015-KH-0699**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Tangipahoa, 21st Judicial District Court Div. B, No. 1201595; to the Court of Appeal, First Circuit, No. 2014 KA 1359

Denied.